UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 21-10046 MRW | Date | January 25, 2022 |
|---|---|---|---|
| Title | National Union Fire Insurance Company of Pittsburgh, PA v. Scott Finstein | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica Piper | | None |
| Deputy Clerk | | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None Present | | None Present |

**Proceedings:**  **ORDER DISMISSING CASE**

   Plaintiff filed a notice voluntarily dismissing this case. (Docket 8). This action is dismissed without prejudice.

Initials of Preparer    vp